In the Matter of JOSEPH A. MANNING et al., Respondents, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Submitted October 20, 1952; decided January 15, 1953.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 278.]